**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE LUJANO, as an individual and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PIEDMONT AIRLINES, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 8:23-cv-00405-FWS-DFM<br><br>**JUDGMENT**<br><br>Judge:  Hon. Fred W. Slaughter |

///

///

///

Plaintiff Michelle Lujano ("Plaintiff") brings this case against Defendant Piedmont Airlines, Inc. ("Defendant") for (1) failure to pay overtime wages pursuant to California Labor Code §§ 201-03, 510, 1194, 1197, and 1197.1; (2) failure to provide accurate itemized wage statements under California Labor Code § 226; (3) violation of California Business and Professions Code § 17200 *et seq.*; and (4) violation of the Private Attorney Generals Act, California Labor Code § 2698.  (Dkt. 1-8.)  On November 17, 2023, Defendant filed a motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c), seeking judgment on all four of Plaintiff's claims.  (Dkt. 32.)  On May 16, 2024, the court issued an Order granting Defendant's Motion for Judgment on the Pleadings as to all claims.  (Dkt. 41.)

Accordingly, the court enters Final Judgment as follows:

1. Judgment is hereby entered in favor of Defendant and against Plaintiff.
2. Plaintiff shall take nothing on her claims against Defendant.

**IT IS SO ORDERED**.

Dated:  June 12, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE